1  SUSAN E. HOLLANDER (SBN 133473)
   Email: susan.hollander@klgates.com
2  BRITT L. ANDERSON (SBN 212092)
   Email: britt.anderson@klgates.com
3  K&L GATES LLP
   630 Hansen Way
4  Palo Alto, California 94304
   Telephone: 650.798.6700
5  Facsimile: 650.798.6701

6  *Attorneys for Plaintiff*
   XILINX, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | XILINX, INC.,                | Case No. C 10-03244 PSG |
12 |         Plaintiff,           | **STIPULATION AND [**XXXXXXXXXXXXXX
                                    **ORDER RE SUBSTITUTION OF**
13 |    vs.                       | **COUNSEL FOR PLAINTIFF XILINX, INC.** |
14 | DOES 1 THROUGH 10,           | Judge: Magistrate Judge Paul Singh Grewal |
15 |         Defendant.           | Complaint Filed: July 23, 2010 |

16

17      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

18      PLEASE TAKE NOTICE that Plaintiff Xilinx, Inc. hereby makes the following substitution

19 of counsel of record:

20 Former Counsel of Record:

21         MARK S. LEE (CA Bar No. 094103)
           Email: mlee@manatt.com
22         MANATT, PHELPS & PHILLIPS, LLP
           11355 West Olympic Boulevard
23         Los Angeles, California 90064-1614
           Telephone: (310) 312-4000
24         Facsimile: (310) 312-4224

25         BRITT L. ANDERSON (CA Bar No. 212092)
           Email: blanderson@manatt.com
26         MANATT, PHELPS & PHILLIPS, LLP
           One Embarcadero Center, 30th Floor
27         San Francisco, California 94111
           Telephone: (415) 291-7400
28         Facsimile: (415) 291-7474

The foregoing attorneys should be removed and, consequently, no longer receive notice of e-filings.  Plaintiff's new counsel of record will be:

>Susan E. Hollander (CA Bar No. 133473)
>Email: susan.hollander@klgates.com
>Britt L. Anderson (CA Bar No. 212092)
>Email: britt.anderson@klgates.com
>K&L GATES LLP
>630 Hansen Way
>Palo Alto, California  94304
>Telephone:  (650) 798-6700
>Fax:  (650) 798-6701

The foregoing attorneys are admitted to practice before the Court and are members in good standing of the State Bar of California.  K&L Gates LLP hereby enters its appearance as counsel of record on behalf of Xilinx, Inc. and is hereafter authorized to receive service of all pleadings, notices, orders and other papers in the above captioned matter on behalf of Xilinx, Inc.

Xilinx and the attorneys listed above consent to this substitution:

Dated:  February 8, 2011                    By:  //William East Barthell
                                                                            Xilinx, Inc.


MANATT, PHELPS & PHILLIPS, LLP

Dated: February 8, 2011                     By:  //Mark S. Lee
                                                                            Mark S. Lee


K&L GATES LLP

Dated:  February 8, 2011                    By:  //Britt L. Anderson
                                                                            Britt L. Anderson

//
//
//
//
//
//
//
//

1  I, Britt L. Anderson, am the ECF user whose ID and password are being used to file this Stipulated Substitution of Counsel.  In compliance with General Order 45, I hereby attest that the above parties have concurred with this filing.

By: //Britt L. Anderson
     Britt L. Anderson

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __February 9____ __, 2011

By: _____Paul S. Grewal_____
     The Honorable Paul Singh Grewal
     United States Magistrate Judge

PL-48998 v1

3   Case No. CV-10-03244 PVT
STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF XILINX, INC.